# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:14CR276 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| AMBER ALVORD, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's Motion to Enlarge Time to File Pre-Trial Motions (#25). For good cause shown, I find the motion should be granted. The defendant will be given the extension requested. Pretrial motions shall be filed by October 2, 2014.

**IT IS ORDERED:**

1. Defendant's Motion to Enlarge Time to File Pre-Trial Motions (#25) is granted. Pretrial motions shall be filed on or before October 2, 2014.

2. Defendant is ordered to file the affidavit required by NECrimR 12.1(a) regarding speedy trial no later than September 17, 2014.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between September 12, 2014, and October 2, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel. The failure to grant additional time might result in the miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 12th day of September 2014.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge