# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR276** |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| **AMBER ALVORD,** | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255, ECF 83;

2. Upon initial review, the Court summarily denies the Defendant's § 2255 motion, ECF 83, as without merit; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at her last known address.

DATED this 30st day of December, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge